**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-01276-REB-STV

JANICE KEEHN and DEBRA SONKSEN,

    Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

## NOTICE OF SETTLEMENT

Defendant State Farm Mutual Automobile Insurance Company, by and through its counsel, Sheryl L. Anderson and Andrew K. Lavin of Wells, Anderson & Race, LLC, provides notice that the parties have reached a settlement of all claims in this matter; a Release and Settlement Agreement is being prepared for execution; and it is anticipated that a Stipulated Motion and Proposed Order for Dismissal with Prejudice will be filed with the Court within 14 days of this Notice.

Dated this 17th day of August 2018.

                Respectfully submitted,

                **WELLS, ANDERSON & RACE, LLC**

                *By:*   *S/Andrew K. Lavin*
                      Sheryl L. Anderson
                      Andrew K. Lavin
                      1700 Broadway, Suite 1020
                      Denver, CO 80290

2

Telephone: (303) 830-1212
Email: sanderson@warllc.com
dlavin@warllc.com

*Attorneys for Defendant*

[Original Signature on File at the Office of Wells, Anderson & Race, LLC]

### **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of August 2018, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Steven A. Shapiro, Esq.
Amanda R. Pfeil, Esq.
Shapiro Winthers & McGraw P.C.
2000 South Colorado Blvd.
Tower One, Suite 9000
Denver, Colorado 80222

*S/Leslie R. Gregory*
Leslie R. Gregory, Legal Assistant
[Original Signature on File at the Office of Wells, Anderson & Race, LLC]