## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:18-cv-01276-REB-STV

JANICE KEEHN and DEBRA SONKSEN,

      Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

      Defendant.

---

## STIPULATED MOTION TO DISMISS ALL CLAIMS BY PLAINTIFFS AGAINST DEFENDANT WITH PREJUDICE

---

Plaintiffs Janice Keehn and Debra Sonksen ("Plaintiffs") and Defendant State Farm Mutual Automobile Insurance Company ("Defendant"), by and through their respective counsel, hereby stipulate and agree that all claims that were brought and all claims arising out of the above-captioned matter which could have been brought by Plaintiffs against Defendant are dismissed **WITH PREJUDICE**, all such claims having been amicably settled and compromised, each party to pay her or its own costs and fees. A proposed order is attached.

Dated this 23rd day of August 2018.

Respectfully submitted,

**SHAPIRO WINTHERS, P.C.**                    **WELLS, ANDERSON & RACE, LLC**

*S/ Amanda R. Pfeil*                          *S/ Andrew K. Lavin*
Steven A. Shapiro                             Sheryl L. Anderson
Amanda R. Pfeil                               Andrew K. Lavin
2000 S. Colorado Blvd.                        1700 Broadway, Suite 1020
Tower One, Suite 9000                         Denver CO 80290
Denver, CO 80222                              Tel: 303-830-1212
Tel:  303.861.1000                            Fax: 720-763-3284
Fax:  303.894.0857                            sanderson@warllc.com
sshapiro@colorado-law.net                     dlavin@warllc.com
apfeil@colorado-law.net                       *Counsel for Defendant*
*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 23rd day of August 2018, a true and correct copy of the foregoing **STIPULATED MOTION TO DISMISS ALL CLAIMS BY PLAINTIFFS AGAINST DEFENDANT WITH PREJUDICE [with proposed ORDER]** was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Steven A. Shapiro, Esq.
Amanda R. Pfeil, Esq.
Shapiro Winthers & McGraw P.C.
2000 South Colorado Blvd.
Tower One, Suite 9000
Denver, Colorado 80222

*S/Leslie R. Gregory*
Leslie R. Gregory, Legal Assistant
[Original Signature on File at the
Office  of Wells, Anderson & Race,
LLC]
